UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAYARTO PERKINS #184125,

    Plaintiff,

v.

    File No. 2:11-CV-271

E. JACOBSON, et al.,

    HON. ROBERT HOLMES BELL

    Defendants.
_____/

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant Collins' objections (Dkt. No. 61) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the May 22, 2012, R&R (Dkt. No. 59) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 50) is **GRANTED IN PART** and **DENIED IN PART**.  The motion is granted as to the claims against Defendants Brendel, Chappell, Cummings, Gajewski, Joyal, Koskinen, Majurin, Perry, and Sweeney.  The motion is denied as to the retaliation claims against Defendants Jacobson, Carlson, and Patrikus; the conspiracy and retaliation claims against Defendants Rule, Stevens, Van Wagner, Jacobson, and Tollefson; and the Eighth Amendment claims against Defendants Collins and Kinnunen.

Dated: July 17, 2013

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE